IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
       v.                   )        2:25cr591-MHT
                            )           (WO)
DONTA ANTKEDRICK HOOD       )

ORDER

For good cause shown, it is ORDERED that:

(1) The government's motion for leave to dismiss count one of the superseding indictment (Doc. 56) is granted.

(2) Pursuant to the government's notice of dismissal (Doc. 57), count one of the superseding indictment (Doc. 34) is dismissed without prejudice.

It is further ORDERED that defendant Donta Antkedrick Hood's motion to dismiss count one of the indictment (Doc. 48) is denied as moot.

DONE, this the 21st day of July, 2026.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE