IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr591-MHT |
| | ) | (WO) |
| DONTA ANTKEDRICK HOOD | ) | |

ORDER

With the consent of the parties (Doc. 68 & Doc. 69), it is ORDERED that this action is referred to U.S. Magistrate Judge Kelly Fitzgerald Pate for the selection of the jury pursuant to 28 U.S.C. § 636(b)(3). *See Peretz v. United States*, 501 U.S. 932 (1991). Any appeal of a decision of the United States Magistrate Judge made during jury selection will lie to the United States Court of Appeals as it would if made by a United States District Judge.

DONE, this the 13th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE